## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEAN J. DEVINE, JR., | ) |
| Petitioner, | ) |
| vs. | ) CIV-14-266-RAW |
| BRUCE HOWARD, Warden, | ) |
| Respondent. | ) |

### OPINION AND ORDER

Petitioner, a prisoner who is incarcerated at Howard McLeod Correctional Center in Atoka, Oklahoma, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction and sentence in Sedgwick County, Kansas, Case No. 11CR3302. Sedgwick County is located within the territorial jurisdiction of the District of Kansas. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

**ACCORDINGLY,** Petitioner's petition for a writ of habeas corpus is hereby transferred to the District of Kansas for all further proceedings, pursuant to 28 U.S.C. § 2241(d).

**IT IS SO ORDERED** this 8th day of July 2014.

**Dated this 8th day of July, 2014.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma